**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**AUTO-OWNERS INSURANCE
COMPANY,**

              **Plaintiff,**

**-vs-**                                          **Case No. 6:08-cv-1454-Orl-19DAB**

**ACE ELECTRICAL SERVICE, INC.,
CHARLES R. DEPARI, JR.,
DONNA M. DEPARI,
STEVEN L. KIRSCHT,**

              **Defendants.**

**CITY OF DAYTONA BEACH,**

              **Third Party Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **CITY OF DAYTONA BEACH'S AMENDED MOTION TO COMPEL AUTO OWNERS' INSURANCE COMPANY'S PRODUCTION FO DOCUMENTS (Doc. No. 44)**
>
> **FILED:** March 3, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

According to the motion, Plaintiff has failed to respond to the discovery promulgated by the City. Plaintiff has also filed no opposition to the motion, which seeks an Order compelling its response and production of documents, as well as an award of attorney's fees and expenses incurred in filing the motion. Absent any opposition to the relief, the Court accepts the representations of the City and **grants the motion in its entirety.** Plaintiff is **ordered** to produce all the requested

documents within 11 calendar days of this Order. Motion costs in the amount of $350 are imposed on Plaintiff, payable to the City's counsel, and shall be paid within 11 calendar days, as well. Plaintiff is **cautioned** that failure to timely comply with the terms of this Order may result in additional sanctions, including monetary sanctions, and/or, if warranted, dismissal for failure to prosecute.

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record